UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MagniFlood, Inc. d/b/a MAG-LED,

    Plaintiff,

v.

Clinique Laboratories and/or Clinique Laboratories, LLC and Stylmark Inc.,

    Defendants.

Civil File No. 08-CV-1240

STIPULATION FOR
RULE 41(a)(1) DISMISSAL

---

### PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PRACTICE, counsel of record for all of the pareties hereto hereby stipulate and agree that plaintiff hereby requests dismissal of the above captioned action, with prejudice and on the merits, without costs to any party as against the other.

DATED this 27th day of May, 2008.

Lackenback & Siegel, L.L.P.

By: _____
Howard N. Aronson (HA6743)
Robert B. Golden (RG6157)
Attorneys for co-defendants Clinique

Robert Jay Dinerstein, P.C.

By: _____
Robert Jay Dinerstein (RD7807)
Attorneys for plaintff

Kasowitz, Benson, Torres & Friedman L.L.P.

By: _____
Peter Toren [PY7662]
Laura G. Coates [    ]
Co-counsel for co-defendants Stylmark

Faegre & Benson, L.L.P.

By: _____
Elizabeth Cowan Wright [pro hac vice pending]
Felicia J. Boyd [pro hac vice pending]
Co-counsel for co-defendants Stylmark

SO ORDERED

_____
Judge Joanna Seybert