UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MagniFlood, Inc. d/b/a MAG-LED,

Plaintiff,

v.

Clinique Laboratories and/or Clinique
Laboratories, LLC and Stylmark Inc.,

Defendants.

Civil File No. 08-CV-1240

**STIPULATION FOR
RULE 41(a)(1) DISMISSAL**

## PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PRACTICE,

counsel of record for all of the parties hereto hereby stipulate and agree that plaintiff hereby requests dismissal of the above captioned action, with prejudice and on the merits, without costs to any party as against the other.

DATED this 27th day of May, 2008.

Lackenback & Siegel, L.L.P.

By: _____
Howard N. Aronson (HA6743)
Robert B. Golden (RG6157)
Attorneys for co-defendants Clinique

Kasowitz, Benson, Torres & Friedman L.L.P.

By: _____
Peter Toren [PY7662]
Laura G. Coates [    ]
Co-counsel for co-defendants Stylmark

Robert Jay Dinerstein P.C.

By: _____
Robert Jay Dinerstein (RD7807)
Attorneys for plaintiff

Faegre & Benson, L.L.P.

By: _____
Elizabeth Cowan Wright [pro hac vice pending]
Felicia J. Boyd [pro hac vice pending]
Co-counsel for co-defendants Stylmark

Application Granted. The Clerk of the Court is directed to mark this matter closed.

SO ORDERED
_____
Judge Joanna Seybert
Central Islip
June 13, 2008

1 of 1